**ELIAS Z. SHAMIEH** (IN. SBN #14339-49)
Attorney at Law
**DINA M. SOKHN** (CA SBN #233516)
Attorney at Law
703 Market Street, Suite 1700
San Francisco, CA 94103
Phone: (415)777-0700
Facsimile: (415)543-0891

Attorney for Plaintiff
**MAGED MOSTAFA TAHER**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **MAGED MOSTAFA TAHER**<br>Plaintiff,<br><br>v.<br><br>**ROBERT MUELLER III**, Director, Federal Bureau of Investigation (FBI), **MICHAEL CHERTOFF**, Secretary, Department of Homeland Security, (DHS) **EMILIO GONZALES**, Director, U.S. Citizenship and Immigration Services (USCIS); **DAVID N. STILL**, San Francisco District Director, USCIS; **TERRY RICE**, San Francisco Field Office Director, USCIS | Civil Action No.:<br><br>**COMPLAINT FOR WRIT OF MANDAMUS**<br><br>USCIS No.: A 75 739 659<br><br>IMMIGRATION CASE |

Plaintiff, through undersigned counsel, alleges as follows:

## *INTRODUCTION*

1. Plaintiff, Maged Taher, is a lawful permanent resident of the United States residing within the jurisdiction of this Court. Plaintiff's claim for relief arises under 8 U.S.C. § 1427.

2. Defendant, Robert S. Mueller III, is the Director of the Federal Bureau of Investigations,

an agency of the United States government and is sued here in his official capacity.

3. Defendant, Michael Chertoff, is the Secretary of the DHS and is sued here in his official capacity.

4. Defendant, Emilio Gonzales, is the director of USCIS and is sued here in his official capacity.

5. Defendant, Terry Rice, is the Field Office Director for the San Francisco USCIS Office and is sued here in his official capacity.

6. Defendant, David N. Still, is the District Director of the San Francisco USCIS district and is sued here in his official capacity.

7. Plaintiff alleges that Defendants each have a role in the adjudication of the applications for naturalization

8. This Court has jurisdiction of this action pursuant to 28 U.S.C. §§§1331, 1361, 1651 and 5 U.S.C. §701 et seq. Relief is requested pursuant to the aforementioned statutes and under 28 U.S.C. §2201.

9. This action is brought to redress the deprivation of rights, privileges and immunities secured to plaintiff to compel Defendants to perform a duty Defendants owe to Plaintiff. This action is brought to compel Defendants and those acting under them to take action on a Form N-400, Application for Naturalization, (hereafter: “the Application”) in order for Plaintiff to become a Naturalized Citizen of the United States.

10. The N-400 Application was filed with USCIS on March 9, 2006.

11. On April 6, 2006, plaintiff was fingerprinted for security check purposes in connection with his N-400 filing.

12. Plaintiff was interviewed by the USCIS San Francisco Field Office on July 7, 2006, and successfully passed the English language and history and government tests.

13. Approximately a year and a half after the interview, plaintiff still awaits the decision. Certainly, more than 120 days have passed since the interview in this matter, thus vesting jurisdiction with this court under 8 U.S.C. § 1447.

14. Plaintiff is eligible to have his Application adjudicated.

15. Defendants, the Department of Homeland Security and U.S. Citizenship and Immigration Services are charged by law with the statutory obligation to adjudicate this Application.

16. Venue is proper under 28 USC §1391(e) because the plaintiff resides in this district and no real property is involved in this action.

## *FACTS*

17. Plaintiff filed his Form N-400, Application for Naturalization, with USCIS on March 9, 2006.

18. On April 6, 2006, plaintiff had his fingerprints taken for security check purposes in connection with his N-400. Thereafter, Plaintiff was interviewed by the USCIS San Francisco field office on July 7, 2007, in connection with his application for naturalization. Plaintiff successfully passed the English language and history and government tests.

19. To date, plaintiff's FBI criminal record/name check has not been completed and plaintiff's application remains pending.

20. On January 10, 2007, an inquiry was made to USCIS regarding plaintiff's naturalization application and USCIS responded that the case was still pending for background checks.

## *CLAIMS*

21. Defendants' refusal to act in this case is as a matter of law, arbitrary and not in accordance with the law.

22. Plaintiff has been, and continues to be greatly damaged by the failure of Defendants to act in accordance with their duties under the law.

23. Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. §701et. seq., are unlawfully withholding and/or unreasonably delaying action on plaintiff's naturalization application and have failed to carry out the adjudicative and administrative functions delegated to them by law and regulation.

24. **WHEREFORE**, Plaintiff prays that the Court:

(a) Compel Defendants and those acting under them to perform their duty to adjudicate the Petition; and

(b) Grant such other and further relief as this Court deems proper under the circumstances; and

(c) Grant reasonable Attorney's fees and costs of Court to Plaintiff under the Equal Access to Justice Act.

///

Respectfully submitted this eleventh day of December, 2007.

/s/

ELIAS Z. SHAMIEH
Attorney for Plaintiff

DINA M. SOKHN
Attorney for Plaintiff