1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
6 | Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants[1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAGED TAHER, | No. C 07-6231 JL |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |
| ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; et al., | |
| Defendants. | |

///
///
///
///
///
///
///
///

---

[1] Defendants reserve the right to assert all appropriate defenses in their responsive pleading.

JOINT CONSENT
C 07-6231 JL

1  In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Date: February 20, 2008                    Respectfully submitted,

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney


                                           ____/s/_____
                                           MELANIE L. PROCTOR[2]
                                           Assistant United States Attorney
                                           Attorneys for Defendants



Date: February 18, 2008                    ____/s/_____
                                           DINA M. SOKHN
                                           Attorney for Plaintiff

---

[2] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

JOINT CONSENT
C 07-6231 JL                    2