JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants[1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAGED TAHER, | No. C 07-6231 JL |
|     Plaintiff, | |
| v. | **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |
| ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; et al., | |
|     Defendants. | |

    Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about December 10, 2007. The United States Attorney's Office was not served until January 3, 2008.

    2. Pursuant to this Court's December 10, 2007 Order Setting Initial Case Management Conference, the parties are required to file a Joint ADR Certification by February 27, 2008, file a joint case management statement on March 12, 2008, and attend a case management conference on March 19, 2008.

---

[1] Defendants enter their appearance here for the sole purpose of this extension. Defendants reserve the right to assert all appropriate defenses in their responsive pleading.

STIPULATION TO EXTEND DATES
C 07-6231 JL

1   3. Accordingly, in order to allow sufficient time for defendants to answer and prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Defendants' Answer:    March 3, 2008

Last day to file Joint ADR Certification:    March 19, 2008

Last day to file/serve Joint Case Management Statement: April 2, 2008

Case Management Conference:    April 9, 2008 at 10:30 a.m.

Date: February 20, 2008    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

      /s/
MELANIE L. PROCTOR[2]
Assistant United States Attorney
Attorneys for Defendants

      /s/
Date: February 18, 2008    DINA M. SOKHN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

JAMES LARSON
United States Magistrate Judge

---

[2] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION TO EXTEND DATES
C 07-6231 JL    2