JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants[1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAGED TAHER,<br><br>                Plaintiff,<br><br>   v.<br><br>ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; et al.,<br><br>               Defendants. | No. C 07-6231 JL<br><br>CONSENT TO MAGISTRATE JURISDICTION |

///
///
///
///
///
///
///
///

---

[1] Defendants reserve the right to assert all appropriate defenses in their responsive pleading.

JOINT CONSENT
C 07-6231 JL

1   In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants
2   hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further
3   proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
4   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Date: February 20, 2008              Respectfully submitted,

                                     JOSEPH P. RUSSONIELLO
                                     United States Attorney


                                     _____/s/_____
                                     MELANIE L. PROCTOR[2]
                                     Assistant United States Attorney
                                     Attorneys for Defendants


                                     _____/s/_____
Date: February 18, 2008              DINA M. SOKHN
                                     Attorney for Plaintiff

---

[2] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.