1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAGED MOSTAFA TAHER, | ) |
| Plaintiff, | ) No. C 07-6231 JL |
| v. | ) |
| ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation, MICHAEL CHERTOFF, Secretary, Department of Homeland Security, EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services, DAVID N. STILL, San Francisco District Director; TERRY RICE, San Francisco Field Office Director, USCIS, | ) ANSWER ) ) ) ) ) ) ) ) |
| Defendants. | ) |

   The Defendants hereby submit their answer to Plaintiff's Complaint for Writ of Mandamus.

   1. Defendants admit the allegations in Paragraph One.

   2. Defendants admit the allegations in Paragraph Two.

   3. Defendants admit the allegations in Paragraph Three.

   4. Defendants admit the allegations in Paragraph Four.

   5. Defendants deny the allegations in Paragraph Five. Robert Barrett is the Field Office Director for the San Francisco Office.

ANSWER
C07-6231 JL                                1

6. Defendants deny the allegations in Paragraph Six. Rosemary Langley Melville is the District Director of the San Francisco Office.

7. Defendants deny the allegations in Paragraph Seven, and aver that the Federal Bureau of Investigation does not adjudicate applications for immigration benefits.

8. Paragraph Eight consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Eight.

9. Paragraph Nine consists of Plaintiff's characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

10. Defendants admit the allegation in Paragraph Ten.

11. Defendants admit the allegations in Paragraph Eleven.

12. Defendants admit the allegations in Paragraph Twelve.

13. Defendants admit the allegations in Paragraph Thirteen.

14. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fourteen, and on that basis, deny them.

15. Defendants admit the allegations in Paragraph Fifteen.

16. Paragraph Sixteen consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required. To the extent a responsive pleading is required, Defendants deny that an alien may base venue on his residence under 28 U.S.C. § 1391(e).

## FACTS

17. Defendants admit the allegations in Paragraph Seventeen.

18. Defendants admit the allegations in Paragraph Eighteen.

19. Defendants admit the allegations in Paragraph Nineteen.

20. Defendants admit the allegations in Paragraph Twenty.

## CLAIMS

21. Defendants deny the allegations in Paragraph Twenty-One.

22. Defendants are without sufficient information to admit or deny the allegations in Paragraph

1  Twenty-Two, and on that basis, deny them.

2  23. Defendants deny the allegations in Paragraph Twenty-Three.

### PRAYER FOR RELIEF

24. Paragraph Twenty-Four consists of plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, defendants deny these paragraphs.

### AFFIRMATIVE AND/OR OTHER DEFENSES

All allegations not here before specifically admitted, denied, or modified are hereby denied. For further and separate answer, Defendants allege as follows:

### FIRST DEFENSE

The Court lacks jurisdiction over the subject matter of this action

### SECOND DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

### THIRD DEFENSE

No acts or omissions by the United Stats or its employees were the proximate cause of any injury or damages to the Plaintiff.

### FOURTH DEFENSE

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

### FIFTH DEFENSE

Defendants are processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

///
///
///
///
///
///

**1**  WHEREFORE, Defendants pray for relief as follows:

**2**  That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint
**3**  with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just
**4**  and proper under the circumstances.

**5**  Dated: March 3, 2008                    Respectfully submitted,

**6**                                          JOSEPH P. RUSSONIELLO
                                               United States Attorney
**7**

**8**                                          _____/s/_____
                                               MELANIE L. PROCTOR
**9**                                          Assistant United States Attorney
                                               Attorneys for Defendants

4