1  **ELIAS Z. SHAMIEH** (IN. SBN #14339-49)
Attorney at Law
2  **DINA M. SOKHN** (CA SBN #233516)
Attorney at Law
3  703 Market Street, Suite 1700
San Francisco, CA 94103
4  Phone: (415)777-0700
Facsimile: (415)543-0891
5
Attorney for Plaintiff[1]
6  **MAGED MOSTAFA TAHER**

7

8
                    **UNITED STATES DISTRICT COURT**
9                 **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN FRANCISCO DIVISION**
10

11

   **MAGED MOSTAFA TAHER**              )  No. C 07-6231 JL
12                                       )
                Plaintiff,               )
13                                       )
   v.                                    )
14                                       )
   **ROBERT MUELLER III**, Director, Federal )  **PARTIES' JOINT REQUEST TO BE**
15  Bureau of Investigation; **EMILIO**     )  **EXEMPT FROM FORMAL ADR**
   **GONZALES**, Director, U.S.Citizenship and )  **PROCESS**
16  Immigration Services (USCIS); **MICHAEL** )
   **CHERTOFF**, Secretary, Department of   )
17  Homeland Security (DHS); **DAVID N.**    )
   **STILL**, San Francisco District Director; )
18  **ROBERT BARRETT**, San Francisco Field  )
   Office Director, USCIS,                )
19                                        )
                                          )
20                                        )
                                          )
21              Defendants.               )
                                          )
22  _____     )

23

24      Each of the undersigned certified that he or she has read either the handbook entitled

25  _____

26
[1] I, Dina M. Sokhn, hereby attest that I have on file all holograph signatures for any signatures
indicated by a "conformed" signature (/s/) within this efiled document.

Parties' Joint Request for Exemption          1
C 07-6231 JL

1    "Dispute Resolution Procedures in the Northern District of California," or the specified portions

2    of the ADR Unit's Internet site www.adr.cand.uscourts.gov, discussed the available dispute

3    resolution options provided by the court and private entities, and considered whether this case

4    might benefit from any of them. Here, the parties agree that referral to a formal ADR process

5    will not be beneficial because this mandamus action is limited to plaintiff's request that this

6    Court compel defendants to adjudicate the application for adjustment of status. Given the

7    substance of the action and the lack of any potential middle ground, ADR will only serve to

8    multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR

9    L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and

10   that they be excused from participating in the ADR phone conference and any further formal

11   ADR process.

12   Dated: March 17, 2008                          Respectfully Submitted,

13

14                                                           /s/

15                                                  _____

16                                                    MELANIE L. PROCTOR

17                                                   Assistant United States Attorney

18                                                   Attorneys for Defendant

19

20   Dated: March 17, 2008

21                                                           /s/

22                                                  _____

23                                                    DINA M. SOKHN

24                                                   Attorney for Plaintiff

25

26

Parties' Joint Request for Exemption                2
C 07-6231 JL