1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12 MAGED TAHER,                      )    No. C 07-6231 JL
                                     )
13               Plaintiff,          )
                                     )
14      v.                           )    JOINT CASE MANAGEMENT
                                     )    STATEMENT; PROPOSED ORDER
15 ROBERT S. MUELLER III, Director of the )
   Federal Bureau of Investigation; et al., )
16                                   )
                 Defendants.         )
17 _____ )

18

19      1. Jurisdiction and Service: There are no issues concerning personal jurisdiction or venue.

20 Plaintiffs brought this Complaint under 28 U.S.C. §§ 1331, 1361, 1651, and 2201, the

21 Administrative Procedure Act, and 8 U.S.C. § 1447(b).  All parties have been served.

22      2. Facts: On March 9, 2006, Plaintiff applied for naturalization.  On July 6, 2006, Plaintiff

23 was interviewed by the U.S. Citizenship and Immigration Services.  Plaintiff's name check is still

24 pending with the Federal Bureau of Investigation. On December 10, 2007, Plaintiff filed the instant

25 Complaint.  Defendants were properly served on or about January 3, 2008.

26      3. Legal Issues: The principal legal issue the parties dispute is whether the Court can compel

27 Defendants to render a decision on Plaintiff's naturalization application in the absence of a

28 completed name check.

JOINT CASE MANAGEMENT STATEMENT
C 07-6231 JL

4.  Motions: None.

5.  Amendment of Pleadings: None.

6.  Evidence Preservation: None.

7.  Disclosures: The parties agree that this Court's review will be confined to the administrative record and therefore this proceeding is exempt from the initial disclosure requirements under Fed. R. Civ. P. 26.

8.  Discovery: There has been no discovery to date and the parties believe this matter can be resolved without discovery.  No experts will be designated.

9.  Class Actions: Not applicable.

10.  Related Cases: None.

11.  Relief: Plaintiff asks that the Court compel Defendants to adjudicate his application for naturalization, and asks for an award of attorneys' fees.  This case does not involve damages.

12.  Settlement and ADR: The parties filed a Joint Request to Be Exempt From Formal ADR on March 19, 2008.

13.  Consent to Magistrate Judge for All Purposes: The parties have consented to assignment of this case to a United States Magistrate Judge.

14.  Other References: None.

15.  Narrowing of Issues: None.

16.  Expedited Schedule: The parties believe this matter can be solved through motions.

17.  Scheduling: The parties suggest the following dates:

Last day for Defendants to file Motion to Remand:   May 7, 2008

Last day for Plaintiff to file Opposition:          May 21, 2008

Last day for Defendants to Reply:                   May 28, 2008

Hearing:                                            June 11, 2008, at 9:30 a.m.

18.  Trial: Should the Court deny the motion to remand, the parties request the court to schedule a further case management conference to schedule a hearing date on Plaintiff's application for naturalization.

19.  Disclosure of Non-party Interested Entities or Persons: None.

JOINT CASE MANAGEMENT STATEMENT
C 07-6231 JL                            2

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter: None.

Date: April 1, 2008                                        Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants


_____/s/_____
Date: March 28, 2008                                 DINA M. SOKHN
Attorney for Plaintiff


### CASE MANAGEMENT ORDER

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.


Date:                                                        _____
JAMES LARSON
United States Magistrate Judge

_____

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.