1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730
        FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12 MAGED TAHER,                        )   No. C 07-6231 JL
                                       )
13                  Plaintiff,         )
                                       )
14        v.                           )   STIPULATION TO VACATE CMC;
                                       )   PROPOSED ORDER
15 ROBERT S. MUELLER III, Director of the )
   Federal Bureau of Investigation; et al., )
16                                     )
                    Defendants.        )
17 _____   )

18

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION
C 07-6231 JL

1  On April 1, 2008, the parties submitted a joint case management statement, and proposed a briefing schedule therein. The parties do not have any disputes that would be resolved at a Case Management Conference; accordingly, the parties hereby stipulate, subject to approval of the Court, to adopt the filed Case Management Statement without need for a Case Management Conference, and to VACATE the Case Management Conference scheduled for April 16, 2008.

Date: April 9, 2008                                         Respectfully submitted,

                                                            JOSEPH P. RUSSONIELLO
                                                            United States Attorney

                                                            /s/
                                                            MELANIE L. PROCTOR[1]
                                                            Assistant United States Attorney
                                                            Attorneys for Defendants


                                                            /s/
Date: April 9, 2008                                         DINA M. SOKHN
                                                            Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference scheduled for April 16, 2008, is hereby VACATED. The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case.

Date:
                                                            JAMES LARSON
                                                            United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
C 07-6231 JL                              2