FILED

2008 APR 16 PM 1:24

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Maged Taher

                    Plaintiff(s),        )    No.: C- 07-6231    JL
                                         )
          v.                             )    CONSENT TO PROCEED BEFORE A
                                         )    UNITED STATES MAGISTRATE JUDGE
Robert Mueller, et al.                   )
                    Defendant(s).        )
_____)

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

     In accordance with the provisions of Title 28, U.S.C.

Section 636(c), party[ies] to the above-captioned civil matter

hereby voluntarily waive their rights to proceed before a Judge

of the United States District Court and consent to have a United

States Magistrate Judge conduct any and all further proceedings

in the case, including trial, and the entry of a final judgment.

Appeal from the judgment shall be taken directly to the United

States Court of Appeals for the Ninth Circuit.

_____        _____
Attorney for Plaintiff                   Attorney for Defendant

Dated:    4/16/08