1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                              UNITED STATES DISTRICT COURT
9
                            NORTHERN DISTRICT OF CALIFORNIA
10
                                   SAN FRANCISCO DIVISION
11

12 MAGED TAHER,                           )    No. C 07-6231 JL
                                          )
13                 Plaintiff,             )
                                          )
14        v.                              )    **STIPULATION TO DISMISS;**
                                          )    **and [PROPOSED] ORDER**
15 ROBERT S. MUELLER III, Director of the )
   Federal Bureau of Investigation; et al., )
16                                        )
                   Defendants.            )
17 _____ )

18

19     Plaintiff, by and through his attorney of record, and Defendants, by and through their

20 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

21 entitled action without prejudice in light of the fact that the United States Citizenship and

22 Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and

23 agrees to do so within 30 days of the dismissal of this action.

24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION TO DISMISS
C 07-6231 JL

Each of the parties shall bear their own costs and fees.

Date: April 25, 2008               Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

_____/s/_____
Date: April 25, 2008               DINA M. SOKHN
Attorney for Plaintiff

## PROPOSED ORDER

Pursuant to stipulation, IT IS SO ORDERED. All pending deadlines are hereby TERMINATED. The Clerk shall close the file.

Date: _____

JAMES LARSON
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION TO DISMISS
C 07-6231 JL                               2