JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAGED TAHER,            ) | No. C 07-6231 JL |
|          Plaintiff,   ) | |
|        v.              ) | **STIPULATION TO DISMISS;** |
| ROBERT S. MUELLER III, Director of the ) | **and [PROPOSED] ORDER** |
| Federal Bureau of Investigation; et al., ) | |
|         Defendants.   ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

///

///

///

///

STIPULATION TO DISMISS
C 07-6231 JL

1    Each of the parties shall bear their own costs and fees.

2  Date: April 25, 2008                          Respectfully submitted,

3                                                JOSEPH P. RUSSONIELLO
4                                                United States Attorney

5
                                                _____/s/_____
6                                                MELANIE L. PROCTOR[1]
                                                Assistant United States Attorney
7                                                Attorneys for Defendants

8

9                                                _____/s/_____
   Date: April 25, 2008                          DINA M. SOKHN
10                                               Attorney for Plaintiff

11

12                    **PROPOSED ORDER**

13    Pursuant to stipulation, IT IS SO ORDERED.   All pending deadlines are hereby

14  TERMINATED.  The Clerk shall close the file.

15

16  Date:   April 28, 2008
                                                _____
17                                               JAMES LARSON
                                                United States Magistrate Judge
18

19

20

21

22

23

24

25

26
   _____
27    [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any

28  signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION TO DISMISS
C 07-6231 JL                              2